UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-792-GW(JEMx) | Date | June 16, 2017 |
|---|---|---|---|
| Title | *United African-Asian Abilities Club et al v. Raintree Pico LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION

On May 31, 2017, an Order to Show Cause for Lack of Prosecution was issued for the following reason: failure to comply with Local Rule 4(m).

Plaintiff was given until June 15, 2017 to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

:

Initials of Preparer   JG